UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | CASE NO: 26-40048-169 |
| | ) | |
| EDNA JEWELL ROBERTS, | ) | CHAPTER 13 |
| | ) | |
| Debtor. | ) | MEMORANDUM PURSUANT |
| | ) | TO LOCAL RULE 1009 |

**<u>MEMORANDUM OF AMENDMENT TO CHAPTER 13 CASE</u>**

Under Local Rule 1009, Debtor provides the following explanation for the amended Schedule A/B and Statement of Financial Affairs in her above-captioned bankruptcy case, and states as follows:

1.  Amended Schedule A/B:  Schedule A/B is amended to remove reference to Debtor's ownership interest in real property.

2.  Amended Statement of Financial Affairs:  The Statement of Financial Affairs is amended to delete any reference to a "Gift" from  Debtor's husband to Debtor. Debtor's spouse provides for Debtor's personal expenses, but does not gift her with any money.

WHEREFORE, Debtor respectfully requests that the Amended Statement of Financial Affairs be allowed in this Bankruptcy Case.

Date: February 24, 2026

_____/s/Rochelle Stanton_____
ROCHELLE D. STANTON, MO Bar #49641
Attorney for Debtor, Fed. Bar #49641MO
500 Northwest Plaza Drive, Ste. 507
St. Ann, MO  63074
(314) 991-1559
(314) 991-1183 Fax
rstanton@rochelledstanton.com

## <u>CERTIFICATE OF MAILING/SERVICE</u>

### CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was filed electronically on February 25, 2026 with the United States Bankruptcy Court, and has been served on the parties in interest via e-mail by the Court's CM/ECF System as listed on the Court's Electronic Mail Notice List.

### CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was filed electronically with the United States Bankruptcy Court, and has been served by Regular United States Mail Service, first class, postage fully pre-paid, addressed to those parties listed on the Court's Manual Notice List and listed below on February 25, 2026.

Diana S. Daugherty, Esq.
Chapter 13 Trustee
P.O. Box 430908
St. Louis, MO 63143

Sworn and executed under penalty of perjury this 25th day of February, 2026 at St. Ann, Missouri.

_____/s/Rochelle Stanton_____
ROCHELLE D. STANTON, MO Bar #49641
Attorney for Debtor, Fed.Bar #49641MO
500 Northwest Plaza Drive, Ste. 507
St. Ann, MO  63074
(314) 991-1559/ (314) 991-1183 Fax
rstanton@rochelledstanton.com