**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | **CASE NO: 26-40048** |
| **EDNA JEWELL ROBERTS** | ) | **Chapter 13** |
| | ) | |
| | ) | **Trustee's Objection to Confirmation** |
| | ) | Original Confirmation Hearing set for : |
| **Debtor** | ) | March 12, 2026  11:00 am |

**TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN**

   **COMES NOW** Diana S. Daugherty, Standing Chapter 13 Trustee, and for her objection to confirmation states as follows:

1. Paragraph 3.5(C) fails to identify the interest rate to be paid on secured claims.  This paragraph should specify an interest rate even if Debtor believes there are no creditors who are entitled to be paid under this paragraph.

2. The plan does not represent Debtor's best efforts to repay creditors, 11 U.S.C. § 1325(b), in that:
   Debtor is above median income such that the applicable commitment period is 60 months. The duration of the proposed plan is only 36 months, but the plan does not pay all creditors in full.

3. Debtor has no income and relies on her non-filing spouse's income to pay all household expenses and the Chapter 13 plan payment. The Trustee requests proof of income for Debtor's non-filing spouse.

   **WHEREFORE** the Trustee prays the Court enter its order denying confirmation of the proposed plan.

Dated: March 17, 2026

OBJCONFAF--JMP

/s/ Jennifer M. Pontus
Jennifer M. Pontus MO65660
Attorney for Trustee
P.O. Box 430908
St. Louis, MO  63143
(314) 781-8100  Fax: (314) 781-8881
trust33@ch13stl.com

26-40048 **TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN** 03/17/2026
**Page 2 of 2**

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was filed electronically on March 17, 2026, with the United States Bankruptcy Court, and has been served on the parties in interest via e-mail by the Court's CM/ECF System as listed on the Court's Electronic Mail Notice List.

I certify that a true and correct copy of the foregoing document was filed electronically with the United States Bankruptcy Court, and has been served by Regular United States Mail Service, first class, postage fully pre-paid, addressed to those parties listed on the Court's Manual Notice List and listed below on March 17, 2026.

EDNA JEWELL ROBERTS
151 BROOK HILL LANE
TROY, MO  63379

/s/ Jennifer M. Pontus
Jennifer M. Pontus MO65660