Exhibit A

IN THE CIRCUIT COURT OF LINCOLN COUNTY, MISSOURI

CIRCUIT JUDGE DIVISION


PETS A LONE SANCTUARY OF

LINCOLN COUNTY, et al.,

    Plaintiffs


Vs.                                                    Case No. 22L6-CC00104


EDNA ROBERTS,

    Defendant


JUDGMENT


Now on August 2nd, 2024 the Court takes up this matter for entry of a judgment for Plaintiffs' damages.  A hearing on that issue was held on July 2, 2024 at which time Plaintiffs appeared in person and by Counsel and Defendant appeared in person pro se.

Plaintiffs Motion in Limine was granted by the Court and the matter proceeded to hearing.

The Court had previously stricken all of Defendants' pleadings for gross and repeated discovery violations and refusal to comply with the discovery orders of the Court and entered an interlocutory judgment in favor of the Plaintiffs on all issues.

Therefore, the allegations of the Petition filed by Plaintiffs are found to be true and the Court specifically finds that the defendant has willfully breached the

settlement agreement that was entered into by the parties on October 27, 2021 and filed with this Court under seal.

The evidence at trial established that the Plaintiffs had paid the sum of $215,000 to Defendant (an additional payment to Defendant of $10,000 was made by an insurer on behalf of Plaintiffs).

Plaintiffs had fully performed all of their obligations under the settlement agreement. Defendant had breached the agreement as set forth in detail in Plaintiffs' petition.

Plaintiff Jennifer Raeker-Bickel in her testimony requested the $215,000 sum plus pre and post judgment interest at the statutory rate plus attorney fees and allowable costs.

The Court finds Plaintiffs' damages to be the sum of $215,000 per the testimony adduced at trial.  The Court further finds that plaintiffs should receive prejudgment interest from August 16, 2022, the date of filing of the petition in this case. The Court notes that while the prayer of the Petition did not specifya dollar amount there were allegations in the Petition stating they were damaged in at least the amount of the settlement payment.  The Court therefore finds that prejudgment interest should be awarded on the sum of $215,000, the damages proven at trial.  That sum as of this date at the rate of 9% per annum, simple interest, is $37,957.81 Though Plaintiffs requested compound interest the Court is ordering simple interest. The damages amount of $215,000 shall continue to accrue simple interest at the rate of 9% per annum until paid in full.

Plaintiffs also requested their attorney fees in this action. The Court notes that there is no statute or any instrument signed by the parties providing for those fees. The Court applies the "American Rule" relative to attorney fees.

However, the Court did reserve the issue of fees for the discovery abuses by defendant to the trial. Plaintiff provided the Court with evidence of the fees and expenses incurred relating only to the discovery abuses by Defendant.  The Court had previously made a partial award of $3,000 as a sanction for some of the discovery abuses. The Court cannot tell if those fees were paid by defendant.

The Court finds the Plaintiffs incurred $17,795 in attorney fees due to Defendants discovery abuses plus out of pocket expenses of $1,245.06.  The Court

therefore awards Plaintiffs the sum of $19,040.06 for attorney fees and expenses as a result of Defendant's discovery abuses. If Defendant paid the $3000 previously ordered by the Court that sum will be reduced by the payment. This sum shall bear interest at the rate of 9% per annum simple interest until paid in full from this date forward.

It is therefore the judgment of this Court that Plaintiffs have and recover from Defendant the sum of $215,000 together with pre-judgment interest of $37,957.81and the costs of this action. This will bear simple interest at the statutory rate of 9% per annum until paid in full.

Plaintiffs shall also have and recover from Defendant as a sanction for discovery abuses the sum of $17,795 for attorney fees and reasonable expenses of $1,245.06 for a total of $19,040.06, subject however to being offset up to $3,000 if said sum was paid to Plaintiffs as previously ordered by the Court.

This sum shall bear interest at the rate of 9% per annum, simple interest until paid in full.

Costs are taxed to Defendant.

ENTER: August 2, 2024

_____

David H. Ash, Judge 25440