## IN THE
## CIRCUIT COURT OF
## LINCOLN COUNTY

PALS

VS.

Edna Roberts

CAUSE NO. 22LL-CC00104

Order of Contempt
and Sanctions

Now on September 28, 2023 the court takes up for ruling the motion of Plaintiff for a finding of contempt, for sanctions, and for a continuation of this court's protective order relative to discovery.

The motions were argued on August 23, 2023 on the record. The court allowed Defendant until August 31, 2023 to file a brief in response to Plaintiffs brief.

After having received all the filings of the parties the court

Dated this _____ day of _____ , 20_____

SO ORDERED:

_____
Attorney for Plaintiff/Petitioner

_____
**Judge**
**Division No.** _____

_____
Attorney for Defendant/Respondent

6/2011

## IN THE
## CIRCUIT COURT OF
## LINCOLN COUNTY

PALS

_____

_____

Roberts                    VS.

_____  - 2 -        CAUSE NO. 22LL-CC00104

now rules as follows:
1. Defendant is found to be in contempt of this Court's orders relating to discovery in this case, especially the order dated May 2023. Defendant has still not made any answers as previously directed by the Court to the interrogatories of Plaintiff or the requests for production.
2. With regard to the release to Facebook (Meta) Defendant is directed to sign said release within 5 days of this order. The Court will permit her to add a statement to the release that it is signed pursuant

Dated this _____ day of _____ , 20_____

SO ORDERED:

_____
**Attorney for Plaintiff/Petitioner**

_____
**Judge**
**Division No.** _____

_____
**Attorney for Defendant/Respondent**

## IN THE
## CIRCUIT COURT OF
## LINCOLN COUNTY

PACS

VS.

Roberts

-3-

CAUSE NO. 2246-CC00104

to orders of the Circuit Court of Lincoln County in this case.

3. The protective order of this Court prohibiting Defendant from engaging in third party discovery, including depositions is extended until such time as Defendant fully complies with the orders of this Court relating to discovery.

4. The Court assesses a fine, to be paid to Plaintiff in the sum of $3,000 for contempt in this matter. Continued failure of Defendant to comply may well result in her pleadings being stricken and a judgment by default being entered.

Dated this 29th day of September, 20 23

SO ORDERED:

_____
Judge
Division No. _____    254410

_____
Attorney for Plaintiff/Petitioner

_____
Attorney for Defendant/Respondent