**Exhibit E**

# IN THE
## CIRCUIT COURT OF
# LINCOLN COUNTY

Pets Alone Sanctuary

VS.

Edna J Roberts

CAUSE NO. *22L6 - cc00104*

## Order

Now on January 16, 2024 the Court takes up for ruling Plaintiff's motion for sanctions as a result of Defendant's failure to comply with the court's order of September 28, 2023. The motion was argued to the Court on November 27, 2023 and the parties were granted until December 4, 2023 to submit any additional information deemed relevant to the court. On November 26, 2023 Defendant's counsel filed a motion for Protective Order as it relates to the Facebook (Meta) authorization she had previously been ordered to sign.

The Court after a thorough review of the filings, motions and arguments

Dated this _____ day of _____, 20_____

SO ORDERED:

_____
Attorney for Plaintiff/Petitioner

_____
Judge
Division No. _____

_____
Attorney for Defendant/Respondent

To: 16365289168     From: 5733246297     1/16/2024 11:51:30 AM   p. 3 of 3

## IN THE
## CIRCUIT COURT OF
## LINCOLN COUNTY

PALS

VS.

Roberts

— 2 —

CAUSE NO. 22L6-CC00/04

In the various discovery disputes in this case now determines that Defendant's motion for protective order comes too late and the same is denied. Each time the court has ruled that Defendant should execute the Meta (Facebook) authorization she has refused and Defense counsel attempts to make new modifications.

The Court further grants Plaintiffs motion to strike the Defendants pleadings in this case and grants Plaintiff interlocutory judgment by default on their petition.

Upon receipt of counsel's disclosures the court will set the matter for a hearing as to damages. The Court reserves the matter of Plaintiff's fees to such default hearing.

Dated this 16th day of January, 2024

**SO ORDERED:**

_____
Judge
Division No. _____     25440

_____
**Attorney for Plaintiff/Petitioner**

_____
**Attorney for Defendant/Respondent**