Electronically Filed - LINCOLN COUNTY - October 30, 2024 - 11:08 AM

## IN THE CIRCUIT COURT OF LINCOLN COUNTY
## STATE OF MISSOURI

PETS A LONE SANCTUARY OF                §
LINCOLN COUNTY, et al.,                 §
                                        §
        Plaintiffs                      §     Case No. 22L6-CC00104
                                        §
        vs.                             §
                                        §
EDNA ROBERTS,                           §
                                        §
        Defendant.                      §

### CITATION TO DEFENDANT/JUDGMENT-DEBTOR EDNA ROBERTS TO APPEAR FOR DEBTOR'S EXAMINATION AND TO PRODUCE DOCUMENTS

Upon Plaintiffs/Judgment-Creditors Pets A Lone Sanctuary of Lincoln County's and Jennifer Raeker-Bickel's ("Creditors") Verified Motion for Examination of Defendant/Judgment-Debtor Edna Roberts ("Debtor"), being duly advised of the premises and pursuant to its statutory and inherent authority cited therein, the Court hereby GRANTS Creditors' Motion and issues this Citation to Debtor, finding and ordering as follows:

1.      Debtor is a debtor to Creditors arising out of this Court's August 2, 2024 Judgment, which is now final.

2.      Upon review of the Court file and the verified showing in Creditors' Motion, including the returns of execution issued by this Court, the Court finds that Judgment remains unsatisfied, that Debtor willfully refuses to satisfy the Judgment and Debtor knowingly refuses to disclose her financial assets and holdings for the Court and Creditors to determine her means and ability to satisfy the Judgment.

3.      Given the foregoing, it is now necessary and proper for the Court to issue this Citation to Debtor, requiring her to appear before this Court on ___FRIDAY, DEC. 6___ ___AT 9:00 AM.___

1

Electronically Filed - LINCOLN COUNTY - October 30, 2024 - 11:08 AM

to testify, under oath, on the Creditors' and the Court's examination relating to her finances, assets and ability and means to satisfy the Judgment.

4.   In addition to appearing to testify at the above date and time, Debtor is ordered to produce copies of each of the following documents:

- Monthly and annual statements for all checking and savings accounts owned by Debtor, individually or jointly, from September 2021 to the present.

- Monthly and annual statements for retirement, 401k and other investment accounts owned by Debtor and/or in which Debtor has a beneficial interest.

- Monthly and annual financial statements for all companies, corporations, limited liability companies, non-profit organizations and/or any other entity over which Debtor has control over its financial assets, including but not limited to New Leash on Life, a Missouri non-profit organization, from September 2021 to the present.

- A list of all real estate, lands, tenements and hereditaments, in which Debtor has an ownership or beneficial interest and, for each, if applicable, monthly and annual statements showing any outstanding liens, mortgages and/or encumbrances on the same, from September 2021 to the present, and copy of the deed to each demonstrating Debtor's interest(s) therein.

- A list of all vehicles, motorized bicycles, boats, recreational vehicles, recreational homes and any other motorized vehicles in which Debtor has an ownership interest, and for each, its registration number(s) with the State of Missouri and/or any other state it is registered in.

2

Electronically Filed - LINCOLN COUNTY - October 30, 2024 - 11:08 AM

- A list of all personal property owned by Debtor, including but not limited to household furnishings, jewelry, apparel, firearms and accessories, with estimated values of the same.

- A list of all sources of income Debtor has received, including all W-2s and 1099s, from September 2021 to the present.

- All federal, state and local tax returns filed by Debtor from September 2021 to the present.

- A list of all transactions from September 2021 to the present by which Debtor conveyed funds or property to another person or entity in an amount in excess of $500.

- A list of all non-exempt property owned by Debtor, with estimated values on the same.

5. Debtor is ordered to provide copies of the above-listed documents to counsel for Creditors on or before ~~Nov. 25th~~ MONDAY, which is ~~seven~~ FOUR days prior to the above testimony is to occur. DEC 2nd

6. In light of Debtor's prior history of non-compliance with Orders of this Court and her adjudicated contempt of Court, if Debtor fails or refuses to comply with paragraphs 1 through 5 above, the Court, pursuant to its authority specifically provided in Mo. Rev. Stat. §513.380, the Court will immediately issue a writ of body attachment against Debtor.

SO ORDERED:   _Dav ONGh_
                        25440

Dated:   _11|25|24_

Electronically Filed - LINCOLN COUNTY - October 30, 2024 - 11:08 AM