**Exhibit G**

IN THE
CIRCUIT COURT OF
**LINCOLN COUNTY**

PALS

VS.

EDNA ROBERTS

CAUSE NO. 2216-CC00104

Order

Now on May 21, 2025 this court takes up the 2 motions to shorten time filed by Plaintiff and the motion to quash the subpoena to non party Ryan Roberts and the motion to stay collection proceedings in this case.

The court granted both motions to shorten time and heard arguments on the motion to quash and the motion to stay collection proceedings. The court now denies the motion to quash the subpoena to Ryan Roberts and further denies the motion to stay based on the filing of a new law suit. If Defendant files an appropriate supersedeas bond a stay would be appropriate but no bond has been filed.

Dated this 21st day of May, 20 25

SO ORDERED:

_____
Judge
Division No. _25440_

_____
Attorney for Plaintiff/Petitioner

_____
Attorney for Defendant/Respondent

6/2011