IN THE
CIRCUIT COURT OF
# LINCOLN COUNTY

Pets A Lone Sanctuary

VS.

Edna Roberts

CAUSE NO. 22L6 - ee 00104

Order

Now on June 30, 2025 the Court takes up for ruling the Objections of non-party Ryan Roberts to a Subpoena directed to him in this proceeding to enable Plaintiff to discover assets to collect a judgment against Defendant Edna Roberts, the spouse of the non party. The Court notes initially that the objections were not filed with the Court by Mr Roberts but by Plaintiff to seek a ruling thereon. The Court now having reviewed the objections now overrules them and orders compliance with the subpoena and deposition notice to the extent that compliance is possible.

Dated this 30th day of June, 20 25

SO ORDERED:

_____
Judge
Division No. _____                25440

_____
**Attorney for Plaintiff/Petitioner**

_____
**Attorney for Defendant/Respondent**

6/2011