**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | CASE NO: 26-40048-169 |
| | ) | |
| EDNA ROBERTS, | ) | CHAPTER 13 |
| | ) | |
| Debtor. | ) | Adversary No. 26-04015 |
| _____ | ) | |
| PETS A LONE SANCTUARY OF | ) | RESPONSE TO CREDITOR |
| LINCOLN COUNTY, MISSOURI, | ) | COMPLAINT TO DETERMINE |
| JENNIFER RAEKER-BICKEL, | ) | NONDISCHARGEABILITY OF |
| Plaintiffs, | ) | DEBT |
| vs. | ) | |
| | ) | |
| EDNA ROBERTS, | ) | |
| _____ | ) | |

<u>RESPONSE TO COMPLAINT TO DETERMINE
NONDISCHARGEABILITY OF DEBT</u>

COMES NOW DEBTOR Edna Roberts and responds to the Complaint of Plaintiff/Creditor

Pets A Lone Sanctuary of Lincoln County, Missouri (hereinafter Pets A Lone) and Jennifer

Raeker-Bickel to Determine Dischargeability of Debt as follows:

1. Debtor admits the allegations contained in Paragraphs 1, 2, 3, 4, 5, 6, 7, 8, 9, 11, 14,

19, 21, 22, 23, 24, 27, 28, 30, 35, 36 and 40, inclusive, of Plaintiff's Complaint.

2. Debtor admits that judgment was entered against Debtor in Lincoln County Circuit

Court in the sum of $215,000.00.  While Debtor does not admit that she was liable for the damages

alleged at trial, Debtor acknowledges that judgment was entered in the Circuit Court in favor of

plaintiff creditor herein.   Judgment was entered in favor of Plaintiff after Defendant's pleadings were

stricken by the Circuit Court.

3. Debtor denies the allegations contained in Paragraphs 10, 12, 13, 15, 16, 17, 18, 20,

26, 29, 31, 32, 33, 34, 37, 39, 41, 42, 43, 44, 45, 46 and 47 of Plaintiff's Adversary Complaint.

Debtor further denies that she intentionally caused damage to plaintiff herein.

DEBTOR'S AFFIRMATIVE DEFENSES

4.      Debtor emphatically denies that any of the acts or omissions as stated in Paragraphs 10, 12, 15, 16, 18, 20, 21, 29, 39, 44, 45 and 46.

5.      Plaintiffs continuously referred to Defendant/Debtor as malicious, willful, and intestinally tortuous.  Numerous conclusions as to Debtor's mental state are referenced as fact, including statements that her actions were made with the intent to "stymie" Plaintiff's collection actions.  The pleadings alleged, without any offer of proof, that Defendant Roberts defamed Plaintiffs and cajoled and convincing an unascertained third party to trespass on Plaintiff's property and commit an assault.

6.      Defendant admits that a Judgment was entered in the Lincoln County Circuit Court in favor of Plaintiff Pets Alone Sanctuary and against Defendant, this Judgment was entered at a time when Defendant's pleadings had been stricken and Defendant did not appear represented by counsel.  As a result of the pleadings of Defendant not being allowed, Judgment was entered on the strength of Plaintiff's pleadings and allegations, and not based on a hearing on the merits of the case.

7.      Plaintiffs allege that Defendant Roberts failed to respond to Discovery Requests, but Commerce Bank, in response to a Request for Documents Subpoena submitted sent directly to Brian Wacker, counsel for Plaintiff, bank statements from the three accounts associated with Defendant and Defendant's Pet Rescue, New Lease on Life Rescue.  Plaintiffs' Adversary Complaint fails to acknowledge receipt of these bank statements.  Further, the majority of the documents requested by Plaintiff in the Circuit Court case did not, and do not at present, exist.

8.      Defendant denies that any of the actions referred to in this Adversary Complaint were willful and malicious.  Defendant Roberts is seriously ill and is undergoing chemotherapy treatments

for her cancer.  Defendant believes that the actions of Plaintiffs constitute continued attempts to intimidate Defendant at a time when she was, and still is, gravely ill and battling her cancer diagnosis.  Defendant paid the amount demanded in the Contempt Order of the Circuit Court dated October 31, 2025 in the sum of $6,170.00.  The adversary fails to correctly state Defendant's compliance with the terms of the Contempt Order.  The payment to the Attorney for Plaintiff was made on or about January 7, 2026 in full.

9.      Despite the Plaintiff's characterization of Defendant's actions as willful, malicious, intentional, defamatory and with the intent to defame Plaintiffs and interfere with Pets Alone's business activities, these allegations are unproved, and a Judgment entered by the Circuit Court after striking the defenses and pleadings of Defendant do not constitute a Judgment resulting from a full hearing on the merits of the competing allegations and defenses of the parties to the circuit court case.

10.      It is unclear that any of the allegations of this Complaint allege damages suffered by Plaintiff Jennifer Raeker-Bickel.  The pleadings attached to the Adversary Complaint list Pets A Lone Sanctuary of Lincoln County as Plaintiff, and the Orders entered against Defendant have been entered in favor of Pets A Lone Sanctuary solely.  No allegations have been made alleging damages suffered by Jennifer Raeket-Bickel.  Consequently, Defendant demands that Plaintiff Jennifer Raeket-Bickel be stricken as a Party Plaintiff in this Adversary Complaint.

        WHEREFORE, Debtor prays that Complainants Pets A Lone Sanctuary and Jennifer Raeker-Bickel take nothing by their Complaint, for costs of suit herein incurred, and for such other and further relief as is just.

Dated: April 23, 2026                    ____/s/Rochelle Stanton_____
                                         ROCHELLE D. STANTON, MO Bar #49641
                                         Attorney at Law, Fed. Bar #49641MO
                                         500 Northwest Plaza Drive, Ste. 507
                                         St. Ann, MO  63074

(314) 991-1559/(314) 991-1183 Fax
rstanton@rochelledstanton.com

## CERTIFICATE OF MAILING/SERVICE

### CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was filed electronically on April 23, 2026 with the United States Bankruptcy Court, and has been served on the parties in interest via e-mail by the Court's CM/ECF System as listed on the Court's Electronic Mail Notice List.

### CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was filed electronically with the United States Bankruptcy Court, and has been served by Regular United States Mail Service, first class, postage fully pre-paid, addressed to those parties listed on the Court's Manual Notice List and listed below on April 23, 2026.

The Cook Group, PLLC
Brian M. Wacker, Esq.
701 Market Street, Ste. 1225
St. Louis, MO  63101

Diana S. Daughterty, Esq.
Chapter 13 Trustee
P.O. Box 430906
St. Louis, MO  63143

Sworn and executed under penalty of perjury this 23rd day of April, 2026 at St. Ann, Missouri.

_____/s/Rochelle Stanton_____
ROCHELLE D. STANTON, MO Bar #49641
Attorney for Debtor, Fed.Bar #49641MO
500 Northwest Plaza Drive, Ste. 507
St. Ann, MO  63074
(314) 991-1559/(314) 991-1183 Fax
rstanton@rochelledstanton.com